[No. 2361-2.     Division Two.     February 2, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. LESTER THOMAS HERNDON, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 48288, James V. Ramdsell, J., entered April 6, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 2250-2.     Division Two.     February 2, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID PAUL FLOYD, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 5918, Frank L. Price, J., entered January 22, 1976. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.

[No. 2258-2.     Division Two.     February 2, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 48470, Robert A. Jacques, J., entered January 7, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 1567-3.     Division Three.     February 3, 1977.]

FLOYD M. HANEY, *Respondent*, v. ROGER L. SCROGGINS, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Grant County, No. 22984, Felix Rea, J., entered May 2, 1975. *Affirmed* by unpublished opinion per Munson, C. J., concurred in by Green and McInturff, JJ.

[No. 1898-3.     Division Three.     February 3, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL FLORES WESCOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 23095, Donald N. Olson, J., entered February 3, 1976. *Affirmed* by unpublished per curiam opinion.